EXHIBIT THREE (3)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE No. 8:20-cr-207-CEH-NHA

PHILLIP ROY WASSERMAN

MOTION FOR JUDGEMENT ON
DEFENDANT'S RULE 33 PLEADINGS

Defendant moves this Court to vacate his conviction and sentence with prejudice based on the pleadings and states as follows:

1) The government did not dispute defendant's newly discovered grounds 1 - 10 but merely incorrectly stated that:

 a) The jurisdiction issue was being rehashed.

 b) The Brady issue was being rehashed.

 c) The correct procedure was a 2255 while they admitted this Court had jurisdiction under Rule 33.

2) The government offered no further argument or proof to dispute defendant's claims.

3) Jurisdiction of the IRS and its agents had never been raised before.

4) The violation of defendant's 4th Amendment rights had never been raised before.

5) All defendant's grounds 1 - 10 had never been raised before and are newly discovered evidence.

6) The Brady/Napue claim wasn't discovered until a civil deposition was held after defendant's appellate brief had been filed, even though defendant had unsuccessfully tried to obtain memorandums and emails of communications between the government agents and offices pretrial. There is no disputing this Brady/Napue claim regarding the FBI involvement and lack of involvement. There

is no disputing it was not known until the time of deposition of former OFR Agent Howland. There is no disputing the jury never learned of this and the government failed to correct Howland's false and misleading testimony nor that of Batsch's. There is no disputing Glossip, a March 2025 Supreme Court case, applies.

The fraud that has been perpetrated on this Court and to the defendant by the government is unbelievable. Rule 60(b) covers a motion for a new trial based on fraud and misconduct.[2] But a Rule 60(b) is not before the Court at this time. Neither are the issues currently on appeal which the government says in its response are being rehashed, which they aren't.

There is additional undisputed proof of the government's duplicity here. Howland's own words - "I didn't think he needed to have knowledge of..." the FBI refusal to take the case. He admitted in the deposition he wanted them to get involved. He didn't know if he had "a good case".

So an IRS agent violates the law in front of the grand jury by disclosing 26 U.S.C. 6103 information without a court order. No rebuttal. The FBI looks into the case, goes on an interview, declines to get involved. No disclosure. This meets all 4 prongs of Brady as outlined by the Eleventh Circuit.

At some point the United States Attorney's office in Tampa needs to be shown by an authority more powerful than it that the Law is the Law.

That will be this Court, the Eleventh Circuit, or the Supreme Court. If not, who is next? Maybe some other unlucky innocent victim who isn't as able as defendant was, or as lucky as defendant was in finding out all these violations. The "Baby Sabrina case" had great lawyers in Todd Foster and Barry Cohen to uncover the government's duplicity - same prosecutor here.

This Court knows the fable of the story of the frog and the scorpion. The scorpian begs the frog to carry it across the river. The frog refuses. The scorpion asks why. The frog says because "you will sting me and I will die."

[2] Rule 60(b) also covers newly discovered evidence.

The scorpion convinces the frog he would die then too and he would never do that, so the frog agrees. Halfway across the river the scorpian stings the frog. The frog looks up at him and says "Why did you do that? Now we both will die." The scorpion answers "because it is my nature."

Why did the government not disclose the serious mental illness of their star witness who was under psychiatric care and on anti-psychotic medication while testifying, and accuse the defendant of witness tampering when he tried to obtain his medical records? Not the subject of this motion. Not being rehashed here. Why did the government and Howland and Batsch not disclose the FBI refusal to get involved? This is exculpatory evidence, not impeaching although it could also be used for impeachment. Kyles rules here. The jury did not get to hear this. It was material. It was a result of intentional government misconduct. Defendant did not get a fair trial. Now everyone knows it. The cat is out of the bag.

The defendant is not impugning the integrity of Ms. Jewell, who he understands to be a fine and honest and able attorney. She is playing the cards dealt. But he is absolutely impugning the integrity of the entire prior government team. This Court knows that defendant was sought to be disbarred for impugning the integrity of a tribunal. He resigned from the bar. That judge, Chief Judge of Tampa, later resigned under FBI investigation. Defendant was not a psychic. Was he thanked for pointing it out? No!

Defendant is aware that in attempting to prove his innocence he aggravated this Court. This Court sent Rossman home, and sent defendant for 15 years. Rossman blamed defendant at trial, and his mental illness at his sentencing. Batsch and Howland never even mentioned the FBI. This defendant filed motion after motion. The government vehemently opposed then all. Why? There are hundreds of cases from all circuits where the government concedes its obligation

to turn over exculpatory evidence so the jury can hear. The defendant has them, this Court knows that. But none from the US Attorneys office in Tampa.

This Court, regardless of its feelings for defendant, and defendant will not insult this learned Court by saying any decision was based on personal feelings, has the opportunity to do two appropriate things:

1) Free an innocent man and 2) send a strong message to the government that the Law applies to both sides. That is why defendant asks for:

    a) an immediate order of release - this Court has previously ruled he is not a flight risk or a danger to the community.

    b) an order dismissing the case against defendant, not just vacating it.

    c) or in the alternative to (b) an order granting an evidentiary hearing as required by the Eleventh Circuit case law while defendant is out on bond.

Defendant is innocent. That and $7.00 gets him a Starbuck's Latte without the proof he has shown here. He implores this Court to teach the government a lesson here that will apply to everyone. Defendant has proven the constitutional violations. He has met his burden.

Why did the government team do to defendant what the scorpion did to the frog? Because it Is Their Nature. The defendant implores this Court to change that nature. Some Court will. It should be this Court. The government cheated, they lied, they hid exculpatory evidence. A great injustice has been done - please undo it.

Date: /0 - 5 - 25

Respectfully Submitted.