**First Class Mail**



INVESTIGATIONS
609 West De Leon Street
Tampa, Florida  33606

Federal Middle District of Florida
Attention:   Clerk's Office
401 West Central Boulevard
Orlando, Florida  32801





FP US POSTAGE
$011.90

ZIP 33606
12/22/2025
036B 0011833429

# First Class Mail

First Class Mail