**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

PHILLIP R. WASSERMAN,

    Plaintiff,

v.                                    Case No.: 6:25-CV-2498-AGM-RMN

RACHELLE BEDKE; RACHEL JONES;
GABRIEL ACOSTA; STEPHEN HOWLAND;
ADAM ALLEN; LAUREN KOCZINSKY;
SEAN BATSCH; AND KENNETH ROSSMAN,

    Defendants.

_____/

**NOTICE OF APPEARANCE OF LEAD COUNSEL AND**
**E-MAIL DESIGNATION**

    To:    The clerk of court and all parties of record I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Defendant GABRIEL ACOSTA.

                      Respectfully Submitted,

                      **JAMES UTHMEIER**
                      **ATTORNEY GENERAL**

                      /s/*Lydon William Schultz*
                      Lydon William Schultz
                      Assistant Attorney General
                      Florida Bar No. 126615
                      Office of the Attorney General
                      Civil Litigation Central
                      3507 E. Frontage Road, Suite 200
                      Tampa, Florida 33607
                      Tel: (813) 233-2880 | Fax: (813) 281-1859
                      Lydon.Schultz@myfloridalegal.com

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on June 10, 2026, I electronically caused the foregoing document to be filed with the Clerk of Court by using the CM/ECF system which will serve a copy of the foregoing document to be served to those parties capable of receiving notice of electronic service. I further certify that I caused to be mailed by First-Class U.S. Mail a copy of the foregoing document to Plaintiff, *Pro se,* Phillip Roy Wasserman #73653-018; FCC Coleman Camp, P.O. Box 1027, Coleman FL 33521.

<u>/s/ *Lydon William Schultz*</u>
Lydon William Schultz
Assistant Attorney General