**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

PHILLIP R. WASSERMAN,

     Plaintiff,

v.                                       Case No.: 6:25-CV-2498-AGM-RMN

RACHELLE BEDKE; RACHEL JONES;
GABRIEL ACOSTA; STEPHEN HOWLAND;
ADAM ALLEN; LAUREN KOCZINSKY;
SEAN BATSCH; AND KENNETH ROSSMAN,

     Defendants.

_____/

## NOTICE OF A RELATED ACTION OF PLAINTIFF PHILLIP WASSERMAN

In accordance with Local Rule 1.07(c), I certify that the above-captioned case is

related to the following, pending or closed, civil or criminal case(s) previously filed in this

Court, or any other Federal or State court, or administrative agency as follows:

*United States of America v. Phillip Roy Wasserman*; United States District Court,
Middle District of Florida (Tampa County) Case No.: 8:20-CR-207-CEH-SPF; and

*Phillip R. Wasserman v. United States of America, Stephen Howland, and State of
Florida Office of Financial Regulation*; United States District Court, Middle
District of Florida (Tampa Division) Case No.: 8:21-CV-2334-TPB-SPF

I further certify that I will serve a copy of this Notice of a Related Action upon

each party no later than fourteen days after appearance of the party.

Respectfully Submitted,

**JAMES UTHMEIER**
**ATTORNEY GENERAL**

/s/*Lydon William Schultz*
Lydon William Schultz
Assistant Attorney General
Florida Bar No. 126615
Office of the Attorney General
Civil Litigation Central
3507 E. Frontage Road, Suite 200
Tampa, Florida 33607
Tel: (813) 233-2880 | Fax: (813) 281-1859
Lydon.Schultz@myfloridalegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 10, 2026, I electronically caused the foregoing document to be filed with the Clerk of Court by using the CM/ECF system which will serve a copy of the foregoing document to be served to those parties capable of receiving notice of electronic service. I further certify that I caused to be mailed by First-Class U.S. Mail a copy of the foregoing document to Plaintiff, *Pro se,* Phillip Roy Wasserman #73653-018; FCC Coleman Camp, P.O. Box 1027, Coleman FL 33521.

/s/ *Lydon William Schultz*
Lydon William Schultz
Assistant Attorney General