IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PHILLIP R. WASSERMAN,

     Plaintiff,

v.                        CASE NO. 6:25-cv-2498-AGM-RMN

RACHELLE BEDKE;
RACHEL JONES;
GABRIEL ACOSTA;
STEPHEN HOWLAND;
ADAM ALLEN;
LAUREN KOCZINSKY;
SEAN BATSCH; and
KENNETH ROSSMAN,

     Defendants.

_____/

**NOTICE OF APPEARANCE ON BEHALF OF
DEFENDANT ADAM ALLEN**

The undersigned attorney, Matthew Farmer, hereby enters his notice of appearance on behalf of the defendant, Adam Allen.

The undersigned counsel requests that all orders, pleadings, and correspondence be served upon him at the address listed below.

WHEREFORE, the undersigned counsel enters his appearance for Adam Allen.

2

Respectfully submitted,

FARMER & FITZGERALD, P.A.

/s/ *Matthew Farmer*
Matthew P. Farmer, Esq.
Fla. Bar No. 0793469
800 W. De Leon St.
Tampa, FL  33606
(813) 228-0095
FAX (813) 224-0269
MattFarmer1@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the following on the 16th day of June, 2026:

Phillip Wasserman, #73653-018
FCI Coleman – Low
846 NE 54th Terrace
Sumterville, FL 333521

Lydon Schultz, Esq.


/s/ *Matthew Farmer*
COUNSEL