UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PHILLIP R. WASSERMAN,

      Plaintiff,

v.                                 Case No.: 6:25-CV-2498-AGM-RMN

RACHELLE BEDKE, RACHEL JONES,
GABRIEL ACOSTA, STEPHEN HOWLAND,
ADAM ALLEN, LAUREN KOCZINSKY,
SEAN BATSCH, AND KENNETH ROSSMAN,

      Defendants.
_____/

## DEFENDANT GABRIEL ACOSTA'S MOTION TO WITHDRAW DUPLICATE FILINGS

Defendant Gabriel Acosta (hereinafter "Acosta"), by and through the undersigned counsel and pursuant to Federal Rule of Civil Procedure 12(b)(6) hereby motions this Honorable Court to withdraw duplicate filings: Notice of Appearance (ECF No. 28), Notice of Related Actions (ECF No. 29), and  Motion for Extension of Time (ECF No. 32).

The Notice of Appearance (ECF No. 28), Notice of Related Actions (ECF No. 29), and Motion for Extension of Time (ECF No. 32) were mistakenly re-filed on July 9, 2026. The documents were initially filed on July 10, 2026. See ECF No. 13, ECF No. 14, ECF No. 15. The undersigned apologizes to the Court and parties for the error.

WHEREFORE, Defendant Gabriel Acosta (hereinafter "Acosta"), by and through the undersigned counsel, requests to withdraw Notice of Appearance (ECF No. 28),

Page 1 of 3

Notice of Related Actions (ECF No. 29), and  Motion for Extension of Time (ECF

No. 32).

Respectfully submitted,

JAMES UTHMEIER
ATTORNEY GENERAL

/s/Lydon William Schultz
Lydon William Schultz
Assistant Attorney General
Florida Bar No. 126615
Office of the Attorney General
Civil Litigation Central
3507 E. Frontage Road, Suite 200
Tampa, Florida 33607
Tel: (813) 233-2880|Fax: (813) 281-1859
Lydon.Schultz@myfloridalegal.com

**Local Rule 3.01(g) Certification**

Pursuant to Local Rule 3.01(g), the undersigned counsel certifies that he  that he has been unable to confer with Plaintiff due to Plaintiff being in federal custody; however, considering the nature of the relief sought therein, the undersigned proceeds with the understanding the Plaintiff objects.

/s/Lydon William Schultz
Lydon William Schultz
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 10,  2026, I electronically caused the foregoing document to be filed with the Clerk of Court by using the CM/ECF system which will serve a copy of the foregoing document to be served to those parties capable of receiving notice of electronic service. I further certify that I caused to be mailed by First-Class U.S. Mail a copy of the foregoing document to Plaintiff, *Pro se,* Phillip Roy Wasserman #73653-018; FCC Coleman Camp, P.O. Box 1027, Coleman FL 33521.

/s/Lydon William Schultz
Lydon William Schultz
Assistant Attorney General

Page 3 of 3